**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CASSANDRA WILLIAMS,**

    **Plaintiff,**

    **vs.**　　　　　　　　　　　　　　　　　　**CAUSE NO. 3:19-cv-927 DPJ-FKB**

**CANTON PUBLIC SCHOOL DISTRICT, COURTNEY RAINEY, MOSES THOMPSON, SHIVOCHIE DINKINS, ERIK GILKEY, ANDREW GRANT, DAPHNE SIMS, FRED ESCO, JR., LISA ROSS, TIM TAYLOR AND LES PENN,**

    **Defendants.**

**DEFENDANT CANTON PUBLIC SCHOOL DISTRICT'S
MOTION TO DISMISS**

Defendant, Canton Public School District, ("the School District"), through counsel and pursuant to Rules 12(b)(6) and 8(c) *of the Federal Rules of Civil Procedure*, hereby moves to Dismiss Plaintiff's claims against the School District with prejudice. For grounds, the School District avers that Plaintiff's tort claim for breach of covenant of good faith and fair deal, as well as her tort claim for tortious interference with contract, is barred by the applicable statute of limitations. The tort claims, alternatively, also fail as a matter of law. Similarly, Plaintiff's remaining causes of action against the School District (state federal RICO claims, Fifth and Fourteenth Amendment violations, and breach of contract claim) also fail as a matter of law. In support of said motion, the School District relies upon the Memorandum of Law and Argument contemporaneously filed herewith.

.

Respectfully submitted this, the 9th day of January, 2020.

                                           /s/ Erica J. Lloyd
                                           JAY M. ATKINS, MS 100513; TN 21371
                                           ERICA JO LLOYD, 104681
                                           McAngus, Goudelock and Courie, LLC
                                           119 North 9th Street
                                           Oxford, Mississippi 38655
                                           (662) 281-7828
                                           (662) 259-8460 (Fax)
                                           jay.atkins@mgclaw.com
                                           erica.lloyd@mgclaw.com
                                           *Attorneys for Canton Public School District*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's ECF filing system as follows:

Clarence Webster, III
Bradley Arant Boult Cummings LLP
Post Office Box 1789
Jackson, Mississippi 39215
*Attorney for Moses Thompson*

Christy V. Malatesta
Daniel Coker Horton & Bell, PA
Post Office Box 1084
Jackson, Mississippi 39215-1084
*Attorney for Courtney Rainey*

William Whitfield, III
James E. Welch, Jr.
Copeland Cook Taylor & Bush, P.A.
Post Office Box 10
Gulfport, Mississippi 39502
*Attorneys for Lisa Ross*

Latoya Merritt
Phelps Dunbar, LLP
4270 I-55 North Frontage Road
Jackson, Mississippi 39211
*Attorney for Shivochie Dinkins*

Robert Gibbs
Gibbs Travis, PLLC
210 East Capital Street
Jackson, Mississippi 39201
*Attorney for Tim Taylor*

Kimberly Banks
City of Canton, Mississippi
Post Office Box 1605
Canton, Mississippi 39046
*Attorney for Eric Gilkey, Andrew Grant,*
*Less Penn, Daphne Sims, and Fred Esco, Jr.*

       John W. Christopher
       Christopher Law Office, PLLC
       460 Briarwood Drive
       Suite 413
       Jackson, Misssissippi 39206
       *Attorney for Cassandra Williams*

This the 9th day of January, 2020.

                                  /s/Erica J. Lloyd
                                  ERICA J. LLOYD